1  MATTHEW J. JACOBS (171149)
   mjacobs@mwe.com
2  McDERMOTT WILL & EMERY LLP
   275 Middlefield Road, Suite 100
3  Menlo Park, CA  94025-4004
   Telephone:     +1 650 815 7400
4  Facsimile:     +1 650 815 7401

5  Attorneys for Defendant
   LUZ ZAZUETA-LOPEZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LUZ ZAZUETA-LOPEZ,<br><br>　　　　　Defendant. | CASE NOS.  CR-09-00576-JW<br>　　　　　　　CR-09-00647-JW<br><br>**STIPULATION TO CONTINUE STATUS HEARING AND [PROPOSED] ORDER**<br><br>DATE:　　　　September 28, 2009<br>TIME:　　　　1:30 p.m.<br>JUDGE:　　　Hon. James Ware<br>COURTROOM:　8, 4th Floor |

Defendant and the government, through their respective counsel, stipulate subject to the Court's approval, to continue the status hearing in the above-captioned matter, presently scheduled for September 28, 2009 at 1:30 p.m., to Monday, October 5, 2009 at 1:30 p.m.  The continuance is requested because Ms. Zazueta-Lopez's counsel will be unavailable due to the observance of Yom Kippur.

Additionally, the parties anticipate that Ms. Zazueta-Lopez will enter a change of plea before this Court in both of the matters captioned above during her next court appearance.

1  Although Ms. Zazueta-Lopez has a co-defendant in the CR-09-00647-JW matter, the parties
2  respectfully request that only Ms. Zazueta-Lopez's court appearance be continued to October 5.
3  Dated: September 14, 2009

                                                By:  /s/ Matthew J. Jacobs
                                                  Matthew J. Jacobs
                                                  Attorney for defendant Froilan Alix Roldan

Dated: September 14, 2009

                                                By:  /s/ Thomas M. O'Connell
                                                  Thomas M. O'Connell
                                                  Assistant United States Attorney

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for defendant Luz Zazueta-Lopez for September 28, 2009 at 1:30 p.m. is continued until October 5, 2009 at 1:30 p.m.

Time is excluded until  October 5, 2009 .

Dated:  September 15 , 2009

                                                    JAMES WARE
                                                  United States District Judge

MPK 157283-1.099744.0086

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park